SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 MAY 31  P 3:32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 00350 RMW |
| Plaintiff, | VIOLATIONS: Title 18, United States Code, Section 2113(a) – Bank Robbery (Three Counts) |
| v. | |
| DAVID GLENN COX, | SAN JOSE VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE:  (18 U.S.C. § 2113(a))

On or about November 23, 2005, in the Northern District of California, the defendant,

DAVID GLENN COX,

did knowingly, and by force, violence, and intimidation, take from the persons and presence of employees of Citibank Bank, 5295 Prospect Road, San Jose, California, approximately $8,069 in money belonging to and in the care, custody, control, management, and possession of that Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

//

INFORMATION

1  COUNT TWO: (18 U.S.C. § 2113(a))

2      On or about July 5, 2006, in the Northern District of California, the defendant,

3                          DAVID GLENN COX,

4  did knowingly, and by force, violence, and intimidation, take from the persons and presence of

5  employees of Citibank Bank, 5295 Prospect Road, San Jose, California, approximately $10,048

6  in money belonging to and in the care, custody, control, management, and possession of that

7  Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in

8  violation of Title 18, United States Code, Section 2113(a).

9  COUNT THREE: (18 U.S.C. § 2113(a))

10     On or about August 28, 2006, in the Northern District of California, the defendant,

11                         DAVID GLENN COX,

12 did knowingly, and by force, violence, and intimidation, take from the persons and presence of

13 employees of Bank of the West Bank, 1999 South Bascom Avenue, Campbell, California,

14 approximately $3,144 in money belonging to and in the care, custody, control, management, and

15 possession of that Bank, the deposits of which were then insured by the Federal Deposit

16 Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

17

18 DATED: 5/21/2007        SCOTT N. SCHOOLS
                           United States Attorney

19

20

21                         DAVID R. CALLAWAY
                           Deputy Chief, San Jose Branch Office
22

23 (Approved as to form: _____ )
                         AUSA FAZIOLI
24

INFORMATION                    2

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

18 U.S.C. 2113(a) - Bank Robbery (Three Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 Years Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 S.A.

**DEFENDANT - U.S.**
▶ DAVID GLENN COX

DISTRICT COURT NUMBER: CR 07 00350

Filed stamp: 2007 MAY 31 P 3:32
RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA, S.J.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any): **FBI**

☒ person is awaiting trial in another Federal or State Court, give name of court: **Federal District of Colorado**

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **JOSEPH A. FAZIOLI**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☒ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed: Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: