1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  JOSEPH A. FAZIOLI (ILBN 6273413)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5061
7  Facsimile: (408) 535-5066
   joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,        )   No. CR 07-00350 EXE (RMW)
                                    )
14      Plaintiff,                  )
                                    )
15      v.                          )   NOTICE OF DISMISSAL
                                    )
16 DAVID GLENN COX,                 )
                                    )
17      Defendant.                  )
                                    )
18 _____  )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above information

21 without prejudice as to defendant David Glenn Cox.

22 DATED: 1/5/11                          Respectfully submitted,

23                                        MELINDA L. HAAG
                                          United States Attorney
24

25                                        _____/s/_____
26                                        JEFF NEDROW
                                          Deputy Chief, San Jose Branch
27

28

NOTICE OF DISMISSAL - No. 07-00350 EXE (RMW)

1  Leave of Court is granted to the government to dismiss that information without prejudice as to
2  defendant David Glenn Cox.
3
4  Date: FDFDG  _____
                 Ronald M. Whyte
5                RONALD M. WHYTE
                 United States District Judge

NOTICE OF DISMISSAL - No.07-00350 EXE (RMW)